# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00027-CR

---

**Blair Beck McCall, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-15-0868, THE HONORABLE GARY L. STEEL, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

On March 10, 2021, the Court of Criminal Appeals issued *Ortiz v. State*, Nos. PD-1061-19, PD-1362-18, __ S.W.3d __, 2021 WL 900673 (Tex. Crim. App. Mar. 10, 2021) (op., designated for publication). This Court requests supplemental briefing from the parties on what effect, if any, *Ortiz*'s analysis has on our disposition of appellant's motion for rehearing and of this appeal. Appellant should file his brief no later than April 8, 2021. The State's response will be due within 14 days of the filing of appellant's brief.

It is so ordered March 25, 2021.

Before Justices Goodwin, Baker, and Kelly

Do Not Publish